# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 27, 2021

## NO. 03-19-00749-CR

**Thomas Gene Peiser, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 119TH DISTRICT COURT OF RUNNELS COUNTY**
**BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments of conviction. Therefore, the Court affirms the trial court's judgments of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.